UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| SALUSTIANO RAMIREZ, | ) CV 12-01279 (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the Commissioner's decision is reversed, and plaintiff's Complaint is remanded, pursuant to 42 U.S.C. §405(g).

DATED: June 11, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE